IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   16-20245 |
| | ) | |
| Ray Rahman | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge:  Jacqueline P. Cox |

## NOTICE OF MOTION

TO:   Ray Rahman, 1624 Cleveland St. Evanston, IL 60202 *via U.S. Mail*

Ray Rahman, PO Box 1951 Evanston, IL 60204 *via U.S. Mail*

Trustee Tom Vaughn, 55 E. Monroe Street, #3850, Chicago, IL 60603 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **August 21, 2017 at 9:00 am** I shall appear before the Honorable Judge Jacqueline P. Cox at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 680, Chicago, Illinois 60604 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   */s/ David H. Cutler*
David H. Cutler

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on July 28, 2017 before the hour of 7:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   16-20245 |
| | ) | |
| Ray Rahman | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge:  Jacqueline P. Cox |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Ray Rahman (hereafter referred to as "the Debtor"), by and through his attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on June 21, 2016 and his Plan was confirmed on August 8, 2016.

3. The Debtor's confirmation Order provides for a plan payment of $526 for 60 months with unsecured creditors receiving 100% of their unsecured claims.

4. The Debtor has fallen behind on his plan payments and a default has accrued. As of the date of this motion the current default is $2,104.

5. The Debtor did make a recent plan payment for $526 that was received by the trustee's office on July 26, 2017.

6. The Debtor fell behind on his plan payments because he was out of work for 2 months, he underwent shoulder surgery on May 8, 2017 and was off work recovering and going to physical therapy, he did not have any income at this time. A default in plan payments accrued and he could not get caught up on the full default amount.

7.  The Debtor is now back to work and has recovered from surgery and will be able to make his plan payments going forward.  The Debtor is looking to modify his plan by deferring the current default to the end of the plan.

8.  The Debtor seeks to modify the plan to defer the current trustee's default to the end of the plan.

    WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated:  July 28, 2017                    Respectfully Submitted,

                                         By:   /s/ David H. Cutler
                                               David H. Cutler, esq.,
                                               Counsel for Debtor(s):
                                               Cutler & Associates, Ltd.
                                               4131 Main St.
                                               Skokie, IL 60076
                                               Phone: (847) 673-8600