**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-20245 |
|    Ray Rahman | ) | |
| | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
|    DEBTOR. | ) | |

**NOTICE OF MOTION**

TO:   Trustee Tom Vaughn, 55 E. Monroe Street, #3850, Chicago, IL 60603, via electronic court notification;

See attached service list.

PLEASE TAKE NOTICE THAT that on August 3, 2020 at 10:00 a.m., I will appear before the Honorable Jacqueline P. Cox or any judge sitting in that Judge's place, and present the motion of Debtor to Modify Plan Post Confirmation, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746- 7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:   David H. Cutler
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600
cutlerfilings@gmail.com

## **CERTIFICATE OF SERVICE**

    I, David H. Cutler, hereby certify that I served a copy of this notice and the attached motion electronically or through U.S. Mail on each entity shown on the attached list at the address shown on the list on July 13, 2020 by 7:00 p.m.

                  By:    /s/ David H. Cutler
                            David H. Cutler, esq.
                            Counsel for Debtor(s)
                            Cutler & Associates, Ltd.
                            4131 Main St.
                            Skokie, IL 60076

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 16-20245 |
|---|---|---|
|  | ) |  |
| Ray Rahman | ) | Chapter 13 |
|  | ) |  |
| Debtor(s) | ) | Judge: Jacqueline P. Cox |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Ray Rahman (hereafter referred to as "the Debtor"), by and through his attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on June 21, 2016 and his Plan was confirmed on August 8, 2016.

3. The Debtor's confirmation Order provides for a plan payment of $526 for 60 months with unsecured creditors receiving 100% of their unsecured claims.

4. The Debtor's plan was modified on August 21, 2017 to defer $2,104 to the end of the plan of reorganization, the Debtor fell behind on his plan payments because he had taken time from work for shoulder surgery and then he attended physical therapy for his recovery.

5. The Debtor's plan was modified on June 17, 2019 to defer $1,578.50 to the end of the plan of reorganization, the Debtor fell behind on his plan payments because he was in the hospital with pneumonia and he was off from work two months recovering.

6. The Debtor has fallen behind on his plan payments and a default has accrued. As of the date of this motion the current default is $2,105.

7. The Debtor's income has been affected at his job as of March 2020 due to the Covid-19 pandemic as he works in the restaurant industry and his restaurant was closed for a period of time and he has been receiving unemployment benefits.

8. The Debtor is now able to make his plan payments going forward but he cannot catch up on the full default amount. The Debtor is looking to modify his plan by deferring the current default to the end of the plan.

9. The Debtor seeks to modify the plan to defer the current trustee's default to the end of the plan.

10. The Debtor has filed the instant case in good faith and he intends to complete the plan of reorganization.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated: July 13, 2020                                      Respectfully Submitted,

                                                          By:    /s/ David H. Cutler

                                                                 David H. Cutler, esq.,
                                                                 Counsel for Debtor(s):
                                                                 Cutler & Associates, Ltd.
                                                                 4131 Main St.
                                                                 Skokie, IL 60076
                                                                 Phone: (847) 673-8600